UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELCHA P. WILLIAMS, | Case No. 2:15-cv-01630-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Delcha P. Williams and Pinnacle Credit Services, LLC (Dkt. #11). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed no later than January 26, 2016.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Seterus, Inc. shall have until **January 26, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 3rd day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE