Case 2:15-cv-01630-RFB-PAL   Document 19   Filed 03/16/16   Page 1 of 2

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Delcha P. Williams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Delcha P. Williams,<br><br>         Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., PINNACLE CREDIT SERVICES, LLC,<br><br>         Defendant. | CASE NO. **2:15-cv-01630-RFB-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 2/12/2016, Delcha P. Williams (the "Plaintiff") and Experian Information Solutions, Inc. (the "Defendant" or "Experian")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on February 18, 2016, the Settling Parties were to file dismissal paperwork by March 11, 2016 or provide a status report outlining what is impeding settlement and full resolution in this matter.  See Doc. No. 17.

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and are in the process of

executing the settlement agreement.   The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted March 11, 2016


/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
*Delcha P. Williams*

**IT IS SO ORDERED** that the parties shall file their stipulation to dismiss, or a joint status report when the stipulation to dismiss will be filed, no later than April 11, 2016.

Dated: march 16, 2016

Peggy A. Leen
United States Magistrate Judge

2

CLAC 2198064.1